# EXHIBIT A

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
07/03/2023
CT Log Number 544206603

## Service of Process Transmittal Summary

**TO:**  Kimberly Riccobono
Little Caesar Enterprises, Inc.
2211 Woodward Avenue, Fox Office Centre
Detroit, MI 48201-3400

**RE:**  **Process Served in Illinois**

**FOR:**  Little Caesar Enterprises, Inc.  (Domestic State: MI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JESSICA VANDIVER, individually and on behalf of all others similarly situated vs. LITTLE CAESAR ENTERPRISES, INC. |
| **DOCUMENT(S) SERVED:** | Summonses, Proof(s), Complaint |
| **COURT/AGENCY:** | Winnebago County Circuit Court - Seventeenth Judicial Circuit Court, IL<br>Case # 2023LA0000225 |
| **NATURE OF ACTION:** | Violation of the Illinois Biometric Information Privacy Act, 740 LLCS 14/1, et seq. ("BIPA"). |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/03/2023 at 15:40 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | 09/28/2023 at 09:15 a.m. (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Mark Hammervold<br>HAMMERVOLD LAW, LLC<br>155 S. Lawndale Ave.<br>Elmhurst, IL 60126<br>405-509-0372 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/04/2023, Expected Purge Date: 07/09/2023<br><br>Image SOP<br><br>Email Notification,  Kimberly Riccobono  kimberly.riccobono@LCECorp.com<br><br>Email Notification,  Christine Gillespie  Christine.Gillespie@LCEcorp.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |



**CT Corporation**
**Service of Process Notification**
07/03/2023
CT Log Number 544206603

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                Mon, Jul 3, 2023
**Server Name:**                 Christopher Rodriquez

| Entity Served | LITTLE CAESAR ENTERPRISES, INC. |
|---|---|
| Case Number | 2023-LA-0000225 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT WINNEBAGO COUNTY | SUMMONS | For Court Use Only |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | **JESSICA VANDIVER** <br> Plaintiff / Petitioner *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | **LITTLE CAESAR ENTERPRISES, INC.** <br> Defendant / Respondent *(First, middle, last name)* | 2023-LA-0000225 <br><br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. <br><br> E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. <br><br> Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. <br><br> If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** | **Defendant/Respondent's address and service information:** |
|---|---|---|
| | a. | Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last):*   LITTLE CAESAR ENTERPRISES, INC. <br> Registered Agent's name, if any:  C T CORPORATION SYSTEM <br> Street Address, Unit #:  208 SO LASALLE ST, SUITE 814 <br> City, State, ZIP:  CHICAGO, IL , 60604 <br> Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last):* _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. | Method of service on Defendant/Respondent: <br> ☐ Sheriff ☐ Sheriff outside Illinois: _____ <br> *County & State* <br> ☐ Special process server ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2.   Information about the lawsuit:**<br>Amount claimed:  $ more than $50,000 |

**3.   Contact information for the Plaintiff/Petitioner:**

In 3, enter your complete address, telephone number, and email address, if you have one.

Name *(First, Middle, Last)*: c/o Mark Hammervold _____

Street Address, Unit #: 155 S. Lawndale Ave. _____

City, State, ZIP: Elmhurst, IL 60126 _____

Telephone: (405) 509-0372  Email: mark@hammervoldlaw.com

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

---

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

**4.   Instructions for person receiving this *Summons* (Defendant):**

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**✗   a.**   To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: 404 Elm St #104 _____

City, State, ZIP: Rockford, IL 61101 _____

In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

**☐   b.**   Attend court:

CMC: 9/28/23 at 9:15 RM: 426

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
        *Date*             *Time*                             *Courtroom*

**In-person at:**

In **4b**, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website. All of this information is available from the Circuit Clerk.

_____
*Courthouse Address*     *City*              *State*     *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                        *Call-in number for telephone remote appearance*

By video conference: _____
                             *Video conference website*

_____
     *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                    *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | |

DATE: 6/30/2023 _____



Thomas A. Klein, Clerk of Court

BY: _____
    **Deputy Clerk**

Virtual Meeting Scheduled
Meeting ID # 848 2994 9543
Virtual Meeting by Computer: Zoom.us
Virtual Meeting by Phone:
312-626-6799 / 646-558-8656 / 346-248-7799
Instructions at https://tinyurl.com/virtualcourt17

*Seal of Court*

Electronically Issued Document ID: _____

~~This *Summons* must be served within 30 days of~~ **the witness date.**

**STOP!**
The officer or process server will fill in the Date of Service.

Date of Service: _____
     *(Date to be entered by an officer or process server on the copy of this Summons left*

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**
*with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT WINNEBAGO COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | JESSICA VANDIVER<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>LITTLE CAESAR ENTERPRISES, INC.<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
First, Middle, Last

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:

        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____

        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____

        City, State, ZIP: _____

        And left it with: _____
                    *First, Middle, Last*

        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____

        and by sending a copy to this defendant in a postage-paid, sealed envelope to the

        above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
                            *First, Middle, Last*

        Male ☐ Female ☐ Non-Einary ☐ Approx. Age: __ Race: _____

        On this date: ____ at this time: _____ ☐ a.m. ☐ p.m.

        Address: _____

        City, State, ZIP: __

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:*   ☐ Sheriff
                  ☐ Sheriff outside Illinois:

                  _____
                  *County and State*
                  ☐ Special process server
                  ☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return:   $ _____
Miles _____      $ _____
Total                 $ 0.00 _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

SU-S 1503.2     Page 4 of 4     (06/21)

Print Form          Save Form          Reset Form

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS,<br>CIRCUIT COURT<br>**WINNEBAGO COUNTY** | **SUMMONS** | For Court Use Only |
| --- | --- | --- |

| **Instructions ▼** | |
| --- | --- |
| Enter above the county name where the case was filed. | JESSICA VANDIVER<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner.<br>Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>LITTLE CAESAR ENTERPRISES, INC.<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2023-LA-0000225

**Case Number**

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| --- | --- |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | |
| --- | --- |
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br> a. Defendant/Respondent's primary address/information for service:<br> Name *(First, Middle, Last)*: LITTLE CAESAR ENTERPRISES, INC.<br> Registered Agent's name, if any: C T CORPORATION SYSTEM<br> Street Address, Unit #: 208 SO LASALLE ST, SUITE 814<br> City, State, ZIP: CHICAGO, IL , 60604<br> Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br> Name *(First, Middle, Last)*: _____<br> Street Address, Unit #: _____<br> City, State, ZIP: _____<br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br> ☐ Sheriff ☐ Sheriff outside Illinois: _____<br> *County & State*<br> ☐ Special process server ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk:_____

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2.** **Information about the lawsuit:** |
| | Amount claimed: _$ more than $50,000_ |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** |

Name *(First, Middle, Last):* c/o Mark Hammervold _____

Street Address, Unit #: 155 S. Lawndale Ave. _____

City, State, ZIP: Elmhurst, IL 60126 _____

Telephone: (405) 509-0372 Email: mark@hammervoldlaw.com

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

---

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

---

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** |
| | ☒ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: |
| | Address: 404 Elm St #104 _____ |
| | City, State, ZIP: Rockford, IL 61101 _____ |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court:  CMC: 9/28/23 at 9:15 RM: 426 |
| | On: _____ at _____ ☐ a.m. ☐ p.m. in _____ |
| | *Date*          *Time*                          *Courtroom* |
| | **In-person at:** |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | _____<br>*Courthouse Address*      *City*                    *State*      *ZIP*<br>**OR**<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>*Call-in number for telephone remote appearance*<br>By video conference: _____<br>*Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: _____ or visit their website |
| | *Circuit Clerk's phone number* |
| **STOP!**<br>The Circuit Clerk will fill in this section. | at: _____ to find out more about how to do this.<br>6/30/2023 |
| | DATE: _____ |

*Seal of Court*

Thomas A. Klein, Clerk of Court

BY: _____
**Deputy Clerk**

Virtual Meeting Scheduled
Meeting ID # 848 2994 9543
Virtual Meeting by Computer: Zoom.us
Virtual Meeting by Phone:
312-626-6799 / 646-558-8656 / 346-248-7799
Instructions at https://tinyurl.com/virtualcourt17

Electronically Issued Document ID: _____

| | |
|---|---|
| **STOP!**<br>The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date. |

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left*

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**
*with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT WINNEBAGO COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | JESSICA VANDIVER<br>**Plaintiff / Petitioner** (First, middle, last name) |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br><br>LITTLE CAESAR ENTERPRISES, INC.<br>**Defendant / Respondent** (First, middle, last name) |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.) |

**Case Number** _____

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
        *First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

  ☐ Personally on the Defendant/Respondent:
      Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

      Address, Unit#: _____
      City, State, ZIP: _____

  ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
      member or lives there:
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

      Address, Unit#: _____
      City, State, ZIP: _____
      And left it with: _____
                              *First, Middle, Last*
      Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
      and by sending a copy to this defendant in a postage-paid, sealed envelope to the
      above address on _____ , 20 _____ .

  ☐ On the Corporation's agent, _____
                              *First, Middle, Last*

      Male ☐   Female ☐   Non-Einary ☐   Approx. Age: __   Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: __

.

Enter the Case Number given by the Circuit Clerk:_____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | |

_____
*Signature by:* ☐ Sheriff
                ☐ Sheriff outside Illinois:

                _____
                *County and State*
                ☐ Special process server
                ☐ Licensed private
                   detective

**FEES**

Service and Return: ___$_____
Miles _____   ___$_____
Total               $ 0.00_____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

SU-S 1503.2                                    Page 4 of 4                                    (06/21)

**Print Form**                    **Save Form**                    **Reset Form**

**ELECTRONICALLY FILED**
DOC ID: 23354389
CASE NO: 2023-LA-0000225
DATE: 6/29/2023 3:12 PM
BY: Robin Bach, DEPUTY

## IN THE CIRCUIT COURT OF WINNEBAGO COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JESSICA VANDIVER, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

LITTLE CAESAR ENTERPRISES, INC.,

      Defendant.

CASE NO.: **2023-LA-0000225**

Jury Demand Endorsed
Hereon

## COMPLAINT

Plaintiff Jessica Vandiver ("Plaintiff") brings this Complaint against LITTLE CAESAR ENTERPRISES, INC. ("Defendant") for its violation of the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.* ("BIPA"). Plaintiff alleges the following based on personal knowledge as to Plaintiff's own experiences, and as to all other matters, upon information and belief, including an investigation conducted by Plaintiff's attorneys.

## INTRODUCTION

1.     BIPA defines a "biometric identifier" as any personal feature that is unique to an individual, including fingerprints. "Biometric information" is any information based on a biometric identifier, regardless of how it is converted or stored. 740 ILCS § 14/10. Collectively, biometric identifiers and biometric information are known as "biometrics."

2.     This case concerns the misuse of Plaintiff's biometrics by Defendant. Using biometric enabled technology, Defendant has captured, collected, stored, disseminated, and/or otherwise used the biometrics of Plaintiff, without their informed written consent as required by law, in order to track their time at work.

1

3.    BIPA provides, *inter alia,* that private entities, such as Defendant, may not obtain and/or possess an individual's biometrics unless they first:

(1)         inform the person whose biometrics are to be collected *in writing* that biometric identifiers or biometric information will be collected or stored;

(2)         inform the person whose biometrics are to be collected *in writing* of the specific purpose and the length of term for which such biometric identifiers or biometric information is being collected, stored and used;

(3)         receive a *written release* from the person whose biometrics are to be collected, allowing the capture and collection of their biometric identifiers or biometric information; and

(4)         make publicly available written retention guidelines for permanently destroying biometric identifiers and biometric information. 740 ILCS 14/15(a).

4.    Compliance with BIPA is straightforward and inexpensive, and may be accomplished through a single, signed sheet of paper. BIPA's requirements bestow a right to privacy in biometrics and a right to make an *informed* decision when electing whether to provide or withhold biometrics.

5.    Defendant's biometric timekeeping system works by extracting biometric information from individuals, such as handprints, fingerprints or portions thereof, and subsequently using the same for authentication and timekeeping purposes. The system includes the dissemination of biometrics to each other and third parties, such as data storage vendors and payroll services.

6.    The Illinois Legislature has found that "biometrics are unlike other unique identifiers that are used to access finances or other sensitive information. For example, even sensitive information like Social Security numbers can be changed. Biometrics, however,

2

are biologically unique to each individual **and,** once compromised, such individual has no recourse, is at a heightened risk for identity theft, and is likely to withdraw from biometric facilitated transactions." 740 ILCS 14/5. The risk is compounded when a person's biometrics are also associated with their other personally identifiable information.

7.      The deprivation of the statutory rights conferred by BIPA constitutes the actual injuries the Illinois Legislature sought to prevent.

8.      Plaintiff brings this action for statutory damages and other remedies as a result of Defendant's conduct in violating Plaintiff's state biometric privacy rights.

9.      Plaintiff seeks an injunction requiring Defendant to comply with BIPA, as well as an award of damages, including statutory damages, together with costs and reasonable attorneys' fees.

## PARTIES

10.      At all relevant times, Plaintiff Jessica Vandiver has been a resident and citizen of the state of Illinois.

11.      Defendant is a for-profit corporation that conducts substantial business throughout the state of Illinois and in Winnebago County.

## JURISDICTION AND VENUE

12.      This Court may assert personal jurisdiction over Defendant pursuant to 735 ILCS 5/2-209 in accordance with the Illinois Constitution and the Constitution of the United States, because Defendant does business within this State and because Plaintiff's claims arise out of Defendant's unlawful in-state actions, as Defendant captured, collected, stored, and/or used Plaintiff's biometric identifiers and/or biometric information in this State.

13.      Venue is proper in this County pursuant to 735 ILCS 5/2-101, because

3

Defendant conducts business in this County and thus resides there under § 2-102.

**FACTS SPECIFIC TO PLAINTIFF**

14.     Plaintiff worked as an employee for Defendant during the Fall of 2018.

15.     As part of the operational protocols set in place by Defendant, all employees are required to clock in and out of work using their fingerprints.

16.     During the relevant time period, including the time period when Plaintiff worked for Defendant, Defendant implemented biometric scanning and time-tracking devices and technology to monitor and manage their workers', including Plaintiff's time on the job. Such devices collect their users' biometric identifiers, *i.e.* fingerprints, and convert them to an electronic format *derived from* those identifiers, *i.e.* biometric information. Such conversion is necessary for storing biometrics on the device itself, and to allow Defendant to transmit biometric data to third parties, such as data storage or payroll vendors.

17.     Plaintiff was required to provide – and did in fact provide – biometric scans to Defendant each time Plaintiff clocked in and clocked out of a shift at work.

18.     Though Defendant collected, stored, and used Plaintiff's biometrics for timekeeping and access purposes, Defendant never provided Plaintiff with any written disclosures informing Plaintiff that it was collecting, storing, and using biometrics or explaining the purpose or length of term for which the biometrics were being collected and stored. Defendant never sought, nor has Plaintiff ever provided, any written consent relating to Defendant's collection, use, or storage, or dissemination of the biometrics.

19.     Though Defendant came into possession of Plaintiff's biometrics, Defendant has failed to make publicly available any written biometric retention, storage or destruction policy.

20.     In addition, Defendant disseminated electronic information derived from the

4

scanning of Plaintiff's biometric identifiers to third parties, including vendors for timekeeping, data storage, and payroll purposes, without obtaining Plaintiff's consent to do so.

21.     By failing to comply with BIPA, Defendant has violated Plaintiff's substantive state rights to biometric privacy.

## COUNT I
### Violation of the Illinois Biometric Information Privacy Act
### (Damages)

22.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

23.     Defendant is a private entity under BIPA.

24.     BIPA requires any private entities, such as Defendant, to obtain informed written consent from individuals before collecting or acquiring their biometric identifiers or biometric information. Specifically, BIPA makes it unlawful to "collect, capture, purchase, receive through trade, or otherwise obtain a person's or customer's biometric identifiers or biometric information unless [the entity] first: (1) informs the subject ...  in writing that a biometric identifier or biometric information is being collected or stored; (2) informs the subject ...  in writing of the specific purpose and length of for which a biometric identifier or biometric information is being captured, collected, stored, and used; and (3) receives a written release executed by the subject of the biometric identifier or biometric information.... " 740 ILCS 14/15(b).

25.     BIPA also requires private entities in possession of biometric identifiers and/or biometric information to make publicly available a biometric retention and destruction policy. Entities which possess biometric identifiers or information must (i) make publicly available a written policy establishing a retention schedule and guidelines for permanent deletion of biometric information (entities may not retain biometric information longer than

three years after the last interaction with the individual); and (ii) adhere to the publicly posted retention and deletion schedule.

26.     Plaintiff has had "biometric identifiers," namely fingerprints, or information derived therefrom, *i.e.* "biometric information," collected, captured, or otherwise obtained by Defendant.

27.     Each instance Plaintiff was required to scan fingerprints for timekeeping purposes, Defendant captured, collected, stored, and/or used Plaintiff's biometric identifiers or biometric information without valid consent and without complying with and, thus, in violation of BIPA.

28.     Defendant's practice with respect to capturing, collecting, storing, and using biometrics fails to comply with applicable BIPA requirements:

   a. Defendant failed to inform Plaintiff in writing that the biometrics were being collected and stored, prior to such collection  or storage, as required by 740 ILCS 14/15(6)(1);

   b. Defendant failed to inform Plaintiff in writing of the specific purpose for which biometrics were being captured, collected, stored, and used, as required by 740 ILCS 14/15(6)(2);

   c. Defendant failed to inform Plaintiff in writing of the specific length of term their biometrics were being captured, collected, stored, and used, as required by 740 ILCS 14/15(6)(2);

   d. Defendant failed to obtain a written release, as required by 740 ILCS 14/15(6)(3);

6

e.  Defendant failed to make publicly available any written retention schedule detailing the length of time for which the biometrics are stored and/or guidelines for permanently destroying the biometrics they store, as required by 740 ILCS 14/15(a); and

f.  Defendant failed to obtain informed consent to disclose or disseminate Plainitff's biometrics to third parties, as required by 740 ILCS 14/15(d)(l).

29.  By capturing, collecting, storing, using, and disseminating Plaintiff's biometrics as described herein, Defendant denied Plaintiff the right to statutorily required information and violated Plaintiff's rights to biometric information privacy, as set forth in BIPA.

30.  BIPA provides for statutory damages of $5,000 for each willful and/or reckless violation of BIPA and, alternatively, damages of $1,000 for each negligent violation of BIPA. 740 ILCS 14/20(1)-(2).

31.  Defendant's violations of BIPA, a statute that has been in effect since 2008, were knowing and willful, or were at least in reckless disregard of the statutory requirements. Alternatively, Defendant negligently failed to comply with BIPA.

32.  Accordingly, Plaintiff is owed the amount of liquidated damages or actual damages, whichever is greater. 740 ILCS § 14/20(1).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

a.  Declaring that Defendant's actions, as set forth herein, violate BIPA;

b.  Awarding injunctive and equitable relief as necessary to protect the interests of Plaintiff by requiring Defendants to comply with BIPA;

c.  Awarding statutory damages of $5,000 for each willful and/or reckless violation

7

of BIPA, pursuant to 740 ILCS 14/20(2);

d.  Awarding statutory damages of $1,000 for each negligent violation of BIPA, pursuant to 740 ILCS 14/20(1);

e.  Awarding reasonable attorneys' fees, costs, and other litigation expenses pursuant to 740 ILCS 14/20(3);

f.  Awarding pre- and post-judgment interest, as allowable by law; and

g.  Awarding such further and other relief as the Court deems just and equitable.

## COUNT II
### Violation of the Illinois Biometric Information Privacy Act
(Injunctive Relief)

33.  Plaintiff incorporates by reference each of the preceding allegations as though fully set forth herein.

34.  The Act provides for injunctive relief. 740 ILCS § 14/20(4).

35.  Plaintiff is entitled to an order requiring Defendant to make disclosures consistent with the Act and enjoining further unlawful conduct.

36.  Plaintiff seeks an order requiring Defendant to publicly disclose a written policy establishing the specific purpose and length of term for which biometric data has been collected, stored, and used. Additionally, Plaintiff seeks a disclosure from Defendant relative to its policy of permanently destroying biometric data. 740 ILCS § 14/15(a).

37.  Plaintiff seeks an order requiring Defendant to disclose whether Defendant retained biometrics, and, if so, when and how such biometrics were permanently destroyed.

38.  Plaintiff seeks an order requiring Defendant to disclose to whom it has disseminated, sold, or transferred Plaintiff's biometric data.

39.  Plaintiff seeks an order requiring Defendant to disclose the standard of care that it employed to store, transmit, and protect biometrics.

8

40.    Plaintiff seeks an order enjoining Defendant from future violations of the Act.

41.    Plaintiff does not know what Defendant has done (or intends to do) with the biometric data. Injunctive relief is necessary to afford Plaintiff the safety and peace of mind envisioned by the passage of the Act.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

a.   Declaring that Defendant has violated the Illinois Biometric Information Privacy Act, and enter a judgment in favor of Plaintiff;

b.   Awarding injunctive and equitable relief as necessary to protect the interests of Plaintiff;

c.   Awarding reasonable attorneys' fees and costs of this action;

d.   Awarding such other general and equitable relief as this Court deems equitable and just.

## **JURY DEMAND**

Plaintiff requests trial by jury of all claims that can be so tried.

Dated: June 29, 2023

Respectfully submitted,

*/s/ Mark Hammervold*
Mark Hammervold
HAMMERVOLD LAW, LLC
155 S. Lawndale Ave.
Elmhurst, IL 60126
(405) 509-0372
mark@hammervoldlaw.com

*Attorneys for Plaintiff*

9